UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JOEL ROSS SEMPIER, | Case No. 3:18-cv-00453-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

This case is a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Joel Ross Sempier, a Nevada prisoner. Sempier filed a habeas corpus petition, along with an application to proceed *in forma pauperis*, and a motion for appointment of counsel, on September 20, 2018 (ECF Nos. 1, 1-1, 1-2).

The application to proceed *in forma pauperis* is incomplete, in that it does not include the required financial certificate. *See* LSR 1-2. The Court will deny the application on that ground and will summarily dismiss this case.

If Petitioner wishes to pursue a federal habeas corpus action, he must initiate a new case by filing his Petition and either paying the $5 filing fee or filing a fully completed application to proceed *in forma pauperis,* including the required financial certificate.

It is therefore ordered that Petitioner's application to proceed *in forma pauperis* (ECF No. 1) is denied.

It is further ordered that this action is dismissed, without prejudice.

It is further ordered that Petitioner is denied a certificate of appealability.

It is further ordered that the Clerk of the Court enter judgment accordingly.

It is further ordered that the Clerk of the Court send Petitioner, along with a copy of this order, a copy of his habeas petition (ECF No. 1-1) and two copies of the form for a prisoner's application to proceed *in forma pauperis*.

DATED THIS 21st day of September 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE