UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOEL ROSS SEMPIER, <br><br> Petitioner, <br> v. <br><br> RENEE BAKER, *et al.*, <br><br> Respondents. | Case No. 3:18-cv-00453-MMD-WGC <br><br> ORDER |

The Court dismissed this habeas corpus action on September 21, 2018, because Petitioner did not file a complete application to proceed *in forma pauperis* (ECF Nos. 3, 4.)

On November 8, 2019, Petitioner filed, in this case, a reply to an answer (ECF No. 5.) It appears that Petitioner meant to file that document in his currently pending habeas action in this Court, Case No. 3:18-cv-00465-RCJ-WGC.

It is therefore ordered that the Clerk of the Court is directed to file in Case No. 3:18-cv-00465-RCJ-WGC a copy of the document filed in this action at ECF No. 5.

DATED THIS 12th day of November 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE